Jerome Julius BROWN, Sr.,
Plaintiff–Appellant,

v.

Officer T.R. SEITZ, # 46, Vienna
PD; Vienna Town Police,
Defendants–Appellees,

and

Adam Golha, Magistrate; STAN
BARRY, Sheriff,
Defendants.

No. 14–6759.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 9, 2014.

Decided: Oct. 20, 2014.

Jerome Julius Brown, Sr., Appellant Pro
Se. Julia Bougie Judkins, Bancroft, Mcga-
vin, Horvath & Judkins, PC, Fairfax, Vir-
ginia, for Appellees.

Before WILKINSON, NIEMEYER,
and SHEDD, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Jerome Julius Brown, Sr. seeks to ap-
peal the district court's order dismissing
his 42 U.S.C. § 1983 (2012) complaint. We
dismiss the appeal for lack of jurisdiction
because the notice of appeal was not timely
filed.

Parties are accorded thirty days after
the entry of the district court's final judg-
ment or order to note an appeal, Fed.
R.App. P. 4(a)(1)(A), unless the district
court extends the appeal period under
Fed. R.App. P. 4(a)(5), or reopens the ap-
peal period under Fed. R.App. P. 4(a)(6).
"[T]he timely filing of a notice of appeal in
a civil case is a jurisdictional requirement."
*Bowles v. Russell,* 551 U.S. 205, 214, 127
S.Ct. 2360, 168 L.Ed.2d 96 (2007).

The district court's order was entered
on the docket on March 31, 2014. The
notice of appeal was filed on May 7, 2014.*
Because Brown failed to file a timely no-
tice of appeal or to obtain an extension or
reopening of the appeal period, we deny
him leave to proceed in forma pauperis,
deny his pending motions as moot, and
dismiss the appeal. We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before this court and argument
would not aid the decisional process.

*DISMISSED.*

---

* Even assuming that Brown was incarcerated
within the meaning of Fed. R.App. P. 4(c) and
*Houston v. Lack,* 487 U.S. 266, 108 S.Ct.
2379, 101 L.Ed.2d 245 (1988), when he filed
his notice of appeal, the envelope containing
the notice of appeal was post-marked May 5,
2014, and Brown did not show timely filing
by a declaration in compliance with 28 U.S.C.
§ 1746 (2012) or by a notarized statement.